**JS-6**

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   DEANDRE MORROW and VALERIE          Case No. CV 23-5194 PA (MARx)
     MONTOYA,
12                                        JUDGMENT OF DISMISSAL
                       Plaintiffs,
13
14        v.

15   SERVICE SYSTEMS ASSOCIATES,
     INC. and CESAR HERCULES,
16
                       Defendants.
17

18

19        In accordance with the Court's December 14, 2023 Minute Order dismissing this

20   action, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is

21   dismissed with prejudice.

22

23   DATED: December 14, 2023

24                                        _____
                                                    Percy Anderson
25                                        UNITED STATES DISTRICT JUDGE

26

27

28